Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−13572−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wayne C. Renbjor
  315 West Gradwell Avenue
  Maple Shade, NJ 08052

Social Security No.:
  xxx−xx−5133

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            6/4/25
Time:           10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 7, 2025
JAN: lgr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-13572-JNP

Wayne C. Renbjor  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Apr 07, 2025  Form ID: 132  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne C. Renbjor, 315 West Gradwell Avenue, Maple Shade, NJ 08052-3228 |
| 520611596 | + | Burlington County Sheriff's Office, County Office Building, 2nd Floor, 49 Rancocas Road, PO Box 6000, Mount Holly, NJ 08060-6000 |
| 520611597 | + | Burlington County Sheriff's Office, 49 Rancocas Road, Room 210, Mount Holly, NJ 08060-1317 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520611593 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 07 2025 20:55:03 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520611594 | | Email/Text: ally@ebn.phinsolutions.com | Apr 07 2025 20:51:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 520611595 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 07 2025 20:51:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520611598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2025 20:55:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520611600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2025 20:55:05 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520611599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2025 20:55:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520611601 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2025 20:55:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520611602 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2025 20:51:00 | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 520611603 | ^ | MEBN | Apr 07 2025 20:43:57 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520611605 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 07 2025 20:51:00 | NR/SMS/CAL, 601 Office Center Drive, Fort Washington, PA 19034-3275 |
| 520611604 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 07 2025 20:51:00 | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 520611606 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2025 20:52:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2025 | Form ID: 132 | Total Noticed: 20 |

| 520611608 | ^ MEBN | | Apr 07 2025 20:44:38 | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 520611607 | ^ MEBN | | Apr 07 2025 20:43:35 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520611609 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Apr 07 2025 20:51:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Joel R. Spivack | on behalf of Debtor Wayne C. Renbjor joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3