Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 25−13572−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wayne C. Renbjor
315 West Gradwell Avenue
Maple Shade, NJ 08052

Social Security No.:
xxx−xx−5133

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 20, 2025.

Dated: June 20, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 25-13572-JNP
Wayne C. Renbjor                                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                             User: admin                                        Page 1 of 3
Date Rcvd: Jun 20, 2025                              Form ID: plncf13                                  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne C. Renbjor, 315 West Gradwell Avenue, Maple Shade, NJ 08052-3228 |
| 520611596 | + | Burlington County Sheriff's Office, County Office Building, 2nd Floor, 49 Rancocas Road, PO Box 6000, Mount Holly, NJ 08060-6000 |
| 520611597 | + | Burlington County Sheriff's Office, 49 Rancocas Road, Room 210, Mount Holly, NJ 08060-1317 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2025 23:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2025 23:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520611593 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 20 2025 23:36:54 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520644514 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:10:32 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520611594 | | Email/Text: ally@ebn.phinsolutions.com | Jun 20 2025 23:00:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 520693823 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2025 23:36:16 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520611595 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 20 2025 23:00:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520693797 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:11:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520611598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2025 23:22:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520611600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2025 23:10:23 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520611599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2025 23:09:56 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520611601 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 23:11:10 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520611602 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 20 2025 23:01:00 | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 520611603 | ^ | MEBN | Jun 20 2025 22:59:00 | KML Law Group, PC, 701 Market Street, Suite |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | 5000, Philadelphia, PA 19106-1541 |
| 520681764 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:21:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520611605 | + Email/Text: mtgbk@shellpointmtg.com | Jun 20 2025 23:01:00 | NR/SMS/CAL, 601 Office Center Drive, Fort Washington, PA 19034-3275 |
| 520680633 | Email/Text: mtgbk@shellpointmtg.com | Jun 20 2025 23:01:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520611604 | + Email/Text: mtgbk@shellpointmtg.com | Jun 20 2025 23:01:00 | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 520611606 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2025 23:02:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520692442 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2025 23:11:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520611608 | ^ MEBN | Jun 20 2025 22:58:35 | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 520611607 | ^ MEBN | Jun 20 2025 22:57:15 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520611609 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 20 2025 23:01:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 520697172 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 20 2025 23:01:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520667449 | + Email/PDF: ebn_ais@aisinfo.com | Jun 20 2025 23:21:53 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: plncf13 | Total Noticed: 28 |

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joel R. Spivack
    on behalf of Debtor Wayne C. Renbjor joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com

Richard Abel
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5