Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 25-13572 (JNP)

Wayne C. Renbjor  
315 West Gradwell Avenue  
Maple Shade, NJ  08052

Monthly Payment: $1,293.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/05/2025 | $975.00 | 06/02/2025 | $975.00 | 07/02/2025 | $1,293.00 | 08/04/2025 | $1,293.00 |
| 09/09/2025 | $1,293.00 | 10/07/2025 | $1,293.00 | 11/04/2025 | $1,293.00 | 12/04/2025 | $1,293.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WAYNE C. RENBJOR | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | AFFIRM, INC. | 33 | $1,029.25 | $0.00 | $1,029.25 | $0.00 |
| 2 | ALLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL | 24 | $19,903.98 | $1,717.30 | $18,186.68 | $0.00 |
| 4 | BURLINGTON COUNTY SHERIFF'S OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Burlington County Sheriff's Office | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,176.80 | $0.00 | $3,176.80 | $0.00 |
| 7 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $659.38 | $0.00 | $659.38 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NR/SMS/CAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NEW REZ, LLC | 24 | $32,849.37 | $2,834.21 | $30,015.16 | $0.00 |
| 14 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PSE&G | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PSE&G | 33 | $6,952.64 | $0.00 | $6,952.64 | $0.00 |
| 17 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | VERIZON BY AMERICAN INFOSOURCE | 33 | $114.93 | $0.00 | $114.93 | $0.00 |
| 23 | ASHLEY FUNDING SERVICES, LLC | 33 | $12.66 | $0.00 | $12.66 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 33 | $173.22 | $0.00 | $173.22 | $0.00 |
| 25 | STATE OF NEW JERSEY | 33 | $1,234.53 | $0.00 | $1,234.53 | $0.00 |
| 26 | TOWNSHIP OF MAPLE SHADE | 24 | $216.89 | $0.00 | $216.89 | $0.00 |
| 27 | TOWNSHIP OF MAPLE SHADE | 24 | $520.41 | $0.00 | $520.41 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 05/01/2025 | 1.00 | $0.00 |
| 06/01/2025 | Paid to Date | $1,950.00 |
| 07/01/2025 | 58.00 | $1,293.00 |
| 05/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,708.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,185.69 |
| Arrearages: | $0.00 |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**