UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

| | |
|---|---|
| In re:<br><br>Wayne C. Renbjor,<br><br><br>                                   Debtor | Case No. 25-13572-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Ally Capital. Request is made that the documents filed in this case and

identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒   All documents and pleadings of any nature.

Date:   March 25, 2026                   /s/ *Laura Egerman*
                                              Laura Egerman

NOA