UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joel R. Spivack, Esquire
Law Office of Joel R. Spivack
1415 Marlton Pike East, Suite 408
Cherry Hill, NJ 08034
(856) 488-1200
Counsel for Debtor

In Re:

Wayne C. Renbjor

Case No.: 25-13572

Judge: JNP

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by NewRez LLC dba Shellpoint, creditor,

A hearing has been scheduled for September 22, 2026, at 11:00am.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for ____________________, at __________.

☐ Certification of Default filed by ______________________________,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ ________________, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):
I had some difficulty with my job, but I am now back on track. On 9/11/2026 I submitted a Loan Modification Application through the mail to Shellpoint Mortgage Servicing. If the Loan Modification is not accepted by Shellpoint, I request that my delinquency be re-amortized over the remaining term of the bankruptcy plan.

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/15/2026 /s/ Wayne C. Renbjor
Debtor's Signature

Date: ______________________ ______________________
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.