UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market St. Suite 5000
Philadelphia, PA 9106
Main Phone: 215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Order Filed on October 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Wayne C. Renbjor
Debtor
Jillian H. Starr
Co-Debtor

Case No.: 25-13572 JNP

Chapter: 13

Hearing Date: 9/22/2026 @ 11am

Judge: Jerrold N. Poslusny Jr.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 14, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Matthew Fissel appearing, upon a motion to vacate the automatic stay as to real property located at 315 W Gradwell Ave, Maple Shade Township, NJ, 08052, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joel R. Spivack, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 22, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2025 through September 2026 for a total post-petition default of $17,499.66 (4 @ $1,451.57; 8 @ $1,472.90; less suspense $89.82)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $17,499.66 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2026, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $550.00 for attorneys' fees and $199.00 for filing fees, totaling $749.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.